44 P.3d 293

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Brum | 23481 | 01/11/2002 | Affirmed |
| State v. Mook | 23822 | 01/18/2002 | Affirmed |
| Mellon Mortg. Co. v. Bumanglag | 23930 | 01/24/2002 | Vacated and Remanded |
| Norwest Mortg., Inc. v. De Rego | 23942 | 01/25/2002 | Vacated and Remanded |
| Jones v. Maui Classic Charters, Inc. | 23182 | 01/29/2002 | Affirmed, Vacated and Remanded |
| Kela v. Hawaiian Homes Com'n | 23614 | 01/29/2002 | Affirmed |
| Goers v. Dirty Dan's Hawai'i, Inc. | 23600 | 02/05/2002 | Affirmed |
| Ho v. Ho | 23792 | 02/06/2002 | Affirmed |
| Chapa v. Banasihan | 23028 | 02/07/2002 | Vacated and Remanded |
| State v. Hunn | 23718 | 02/07/2002 | Affirmed |
| Int'l Sav. & Loan, Ltd. v. Thames | 24004 | 02/08/2002 | Affirmed |
| Bueno v. Bueno | 23778 | 02/11/2002 | Affirmed |
| State v. Frank | 23808 | 02/28/2002 | Affirmed |
| State v. Pedro | 23606 | 02/28/2002 | Affirmed |
| Doe, In re | 23918 | 03/01/2002 | Affirmed |
| Retotal v. Hawai'i Ballroom Dance Ass'n | 23763 | 03/07/2002 | Affirmed |
| State v. Lindsey | 23873 | 03/08/2002 | Affirmed in part, Vacated and Remanded in part |
| Doe Children, In re | 23923 | 03/08/2002 | Affirmed |
| State v. Brown | 23756 | 03/12/2002 | Affirmed |
| State v. Park | 24080 | 03/13/2002 | Vacated and Remanded |
| State v. Matanza | 23948 | 03/13/2002 | Affirmed |
| State v. Dias | 23607 | 03/14/2002 | Vacated and Remanded |
| State v. Anderson | 23502 | 03/15/2002 | Affirmed |
| State v. Chun Fat | 23597 | 03/19/2002 | Affirmed |
| State v. Kaneshiro | 23642 | 03/27/2002 | Affirmed |
| State v. Ventimiglia | 23881 | 03/28/2002 | Affirmed |